AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
MASSACHUSETTS 03

DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA

v.

Silvestre LIZARDI

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Silvestre LIZARDI___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title ___21___ United States Code, Section(s) ___846___

Charles B. Swartwood (?)
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

02-26-2004    BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
USMS Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin (DEA) | [signature] |
| DATE OF ARREST | | |
| 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Silvestre LIZARDI

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: 29 HARDY STREET, NEWBURYPORT, MA

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1980

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3844

HEIGHT: _____   WEIGHT: _____

SEX: MALE   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____