# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

**IN UNITED STATES IN THE CASE OF:** ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

UNITED STATES vs. SILVESTRE LIZARDI

FOR AT: (FILED IN OFFICE 2004 [illegible] 4:25)

**LOCATION NUMBER:**

**PERSON REPRESENTED (Show your full name):** SILVESTRE LIZARDI

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS:**
- Magistrate: U.S. DISTRICT COURT DISTRICT OF MASS
- District Court:
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

CONSPIRACY/POSS. INTENT + DISTRIBUTE COCAINE

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed * (UNTIL ARRESTED + DETAINED)
- Name and address of employer: GLASS DOCTOR, 92 NEWBURY ST., PEABODY, MA
- IF YES, how much do you earn per month? $ APPROX 2,400 AFTER TAXES
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month $ —
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ —

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: ___ SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No   IF YES, state total amount $ UNDER 4,000 and cash taken from house.

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: ? DESCRIPTION: 1995 HONDA ACCORD WAGON

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: MARRIED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them:
  1. KEILA L. (WIFE)
  2. KAVSIL (4 MO. OLD DAUGHTER)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $ | $ |
| AUTO LOAN | $ | $ 231 |
| CREDIT CARDS | $ OVER 800 | $ |

I certify the above to be [illegible]

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Silvestre Lizardi     5/05/04

WARNING: A FALSE OR DISHONEST ANSWER [...] OR IMPRISONMENT [...]